## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 4:22-CR-00010 |
| v. | | (Chief Judge Brann) |
| DAQUAN ALTERIKI ALFORD, | | |
| Defendant. | | |

### ORDER

**MARCH 26, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Government's Motion for Joinder (Doc. 60) is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge