IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-00010 |
| v. | (Chief Judge Brann) |
| DAQUAN ALTARI ALFORD and DAQUAN ALTERIKI ALFORD, | |
| Defendants. | |

## ORDER

### JANUARY 24, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Daquan Altari Alford's Motion to Suppress Evidence (Doc. 87) is **GRANTED**.

2. Defendant Daquan Alteriki Alford's Motion to Suppress Evidence (Doc. 94) is **GRANTED**.

3. All physical evidence searched and seized from Apartment 3, 832 High Street, Williamsport, Pennsylvania is **SUPPRESSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge